UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Morrow and Janice Morrow, | Civ. File Nos. 08-409 and 08-410 (PAM/JSM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Ameriquest Mortgage Company, and Deutsche Bank National Trust Company, | |
| Defendants. | |

At the pretrial conference on these matters, the parties agreed to a consolidation of the two matters and a dismissal without prejudice of the later-filed matter.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Civil File No. 08-409 (PAM/JSM) and Civil File No. 08-410 (PAM/JSM) are hereby **CONSOLIDATED**; and

2. The matter of Morrow v. Ameriquest, et al., Civil File No. 08-410 (PAM/JSM) is **DISMISSED without prejudice**.

Dated:   June 4, 2008

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge